UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HYPERCUBE LLC, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-2298-G |
| COMTEL TELCOM ASSETS LP d/b/a | ) | |
| EXCEL TELECOMMUNICATIONS, | ) | **ECF** |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court are the motions of the plaintiffs Hypercube, LLC and Hypercube Telecom, LLC to dismiss counterclaim counts I and III (docket entry 20) and for reconsideration (docket entry 100), and of the defendant Comtel Telecom Assets LP d/b/a/ Excel Telecommunications for leave to file its second amended answer and counterclaims (docket entry 73) and to refer certain of the claims in its third counterclaim to the Federal Communications Commission (docket entry 99). On March 4, 2010, the court entered an order appointing a special master with respect to discovery issues in this case.  Three discovery-related motions are currently

before the special master. The court has concluded that the special master's findings and rulings on the motions currently before him are likely to be of assistance to the court in its disposition of the four motions currently before it. Accordingly, the motions currently before the court are **STAYED** pending the issuance of findings and rulings by the special master.

    SO ORDERED.

March 29, 2010.

                                           */s/ A. Joe Fish*
                                           A. JOE FISH
                                           **Senior United States District Judge**